# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

FILED U.S. DISTRICT COURT
CLERK C. Robinson
SO. DIST. OF GA.

| | | |
|---|---|---|
| JUAN CARLOS LOPEZ, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:19-cv-20 |
| | * | |
| v. | * | |
| | * | |
| WARE STATE PRISON, | * | |
| | * | |
| Defendant. | * | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 14. Plaintiff did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's Complaint, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Plaintiff *in forma pauperis* status on appeal.

SO ORDERED, this ___15___ day of ___June___, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)