AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2020 JUN 16 AM 10:35
CLERK
SO. DIST. OF GA.

JUAN CARLOS LOPEZ,

    Plaintiff,

    v.

WARE STATE PRISON,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV519-20

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered this 15th day of June 2020, ADOPTING the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court DISMISSES Plaintiff's Complaint, and DENIES Plaintiff in forma pauperis status on appeal. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTEHRN DISTRICT OF GEORGIA

June 16, 2020
Date

John E. Triplett, Acting Clerk
Clerk

Candy Asbell
(By) Deputy Clerk

GAS Rev 10/1/03